# Court of Appeals
# of the State of Georgia

ATLANTA,  May 14, 2020

*The Court of Appeals hereby passes the following order:*

## A20E0044.  JACKSON v. STATE.

Upon consideration of Clarence Jackson's emergency motion to extend the time for him to file a discretionary application, the same is hereby GRANTED. On March 14, 2020, the Chief Justice of the Supreme Court of Georgia declared a statewide judicial emergency as a result of Coronavirus/COVID-19. The original declaration provided, in relevant part, that it

> suspends, tolls, extends, and otherwise grants relief from any deadlines or other time schedules or filing requirements imposed by otherwise applicable statutes, rules, regulations, or court orders, whether in civil or criminal cases or administrative matters, including, but not limited to any: . . . (10) time within which to appeal or to seek the right to appeal any order, ruling, or other determination[.]

This declaration has since been extended through June 12, 2020. Accordingly, the deadline for Jackson to file his discretionary application is presently tolled and his request for an extension of time is timely. Jackson's request for an extension of time in which to file an application for discretionary review is GRANTED, and he has until 20 days from the expiration of the current judicial emergency, which is July 2, 2020, to file his application.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 05/14/2020

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen *, Clerk.*